# 12 CV 03807

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

GUIPSON NOEL

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**COMPLAINT**

-against-

Detective Ann Guevin, shield # 01840 Midtown South
Officer Eduardo Gomez, shield # 24236 Transit Boyd
NYPD - City of New York Police Dept   Manhattan
City of New York                      Task Force

Jury Trial: ☑ Yes   ☐ No
(check one)

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an additional
sheet of paper with the full list of names. The names listed in the above
caption must be identical to those contained in Part I. Addresses should
not be included here.)*

RECEIVED
MAY 10 2012
PRO SE OFFICE

I.    **Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your
identification number and the name and address of your current place of confinement.  Do the same
for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff    Name            GUIPSON NOEL
             Street Address  321 W. 42nd St. #4C
             County, City    NY, NY
             State & Zip Code NY  10036
             Telephone Number 646·477·8935

B.    List all defendants.  You should state the full name of the defendant, even if that defendant is a
government agency, an organization, a corporation, or an individual.  Include the address where each
defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained
in the above caption.  Attach additional sheets of paper as necessary.

*Rev. 05/2010*

Defendant No. 1   Name   _Detective Ann Guerin, shield #01840_
                  Street Address   _Midtown South  357 W. 35th NY, NY_
                  County, City   _NY_
                  State & Zip Code   _NY  10001_
                  Telephone Number   _____

Defendant No. 2   Name   _Officer Eduardo Gomez, shield #24236_
                  Street Address   _Transit Boro Manhattan Task Force_
                  County, City   _NYC_
                  State & Zip Code   _NY_
                  Telephone Number   _____

Defendant No. 3   Name   _NYPD  New York City of Police Dept_
                  Street Address   _____
                  County, City   _____
                  State & Zip Code   _____
                  Telephone Number   _____

Defendant No. 4   Name   _City of New York_
                  Street Address   _____
                  County, City   _____
                  State & Zip Code   _____
                  Telephone Number   _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C.
§ 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount
in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right
is at issue?   _The Civil Rights Act, 42 U.S.C. § 1983_
_____
_____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship   _____N/A_____
Defendant(s) state(s) of citizenship   _____
_____

**III.    Statement of Claim:**

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.   You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.   Do not cite any cases or statutes.   If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.   Attach additional sheets of paper as necessary.

A.     Where did the events giving rise to your claim(s) occur?     _____ *See attached*

_____

B.     What date and approximate time did the events giving rise to your claim(s) occur?   _____

_____

*See attached*

C.     Facts:     _____ *See attached*

> **What happened to you?**

_____
_____

> **Who did what?**

_____
_____
_____

> **Was anyone else involved?**

_____
_____
_____

> **Who else saw what happened?**

_____
_____
_____

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.   _____

_____ *See attached*

_____
_____
_____

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. _____

_____ *See attached* _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _11_ day of _____5_____, 20_12_

Signature of Plaintiff

Mailing Address    321 W. 42nd St #4C

NY, NY   10036

Telephone Number    646 - 477 - 8935

Fax Number (*if you have one*) _____

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint.  Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*

III. Statement of Claim.

A. Where did the events giving rise to your claim(s) occur?
Mid-town South Precinct, 357 West 35th St. New York, New York

B. What date and approximate time did the events giving rise to your claim(s) occur?
2011-07-01 at 21:20:00

C. Facts:
I was at the precinct, under arrest for an incident in which I was in a fight and got
stabbed. I was sent to the hospital for the stab wound. When I returned to the precinct I
was re-arrested under a new charge, docket #2011NY048137. I was not read Miranda
rights.

Officer Eduardo Gomez claimed that the night before, inside 680 8th Avenue, NYC, at
05:40 I attempted to steal Officer Eduardo Gomez' gun and then ran when he went to
grab my hand. I told Detective Ann Guerin where I had been at that time and gave her
the phone number so she could verify.  She called and a witness confirmed I had been
with her the night before at the time in question.  Nevertheless they put me in a lineup
and then I was charged with PL110-160.05 attempted robbery in the third degree. They
claimed that there was video of it.

I was held on bail in the amount of $15,000 and incarcerated for two weeks waiting on a
grand jury trial (2012-07-15). Officer Gomez testified against me. A witness testified as
to my whereabouts. After the grand jury hearing the case was sent to part F and I was
released on my own recognizance. I then had to appear on 2011-10-11, 2011-12-21,
and 2012-01-31. The case was dismissed on 2012-1-31 by a motion of the DA 30.30.

On July 2, 2011 the New York Daily News published an article stating, in part, "A dim-
witted thief was busted for trying to steal a gun from a uniformed cop's holster in Hell's
Kitchen, sources said. Noel Guipson, 29, bumped into the officer..."  *Sources could only
have been the police.*

IV. Injuries
If you sustained injuries related to the events alleged above, describe them and state
what medical treatment, if any, you required and received.

Psychological injuries.
It was impossible that I was where Officer Gomez claims I was. A witness confirmed my
whereabouts. Yet the officers proceeded to have me imprisoned and to continue with
the prosecution. It took six months before the case was dismissed. During this time I
became depressed and angry and couldn't sleep. This continues. When I see the
police, I feel fear. When I go outside I'm paranoid. When I see police I get short of
breath. When I'm on the subway I fear for my life. I don't like being out when it's dark. I
don't feel safe walking alone. I'm always thinking they're going to set me up again. I feel
that I could easily be set up to spend 15 - 20 years in jail. I've been dealing with false

incidents with the police since I was a teenager. I feel like I've been regularly persecuted and I feel like I've reached a limit. I have trouble getting out of bed and accomplishing normal routines like showering and doing laundry. I feel like I have no recourse but to file this complaint and hold people accountable. Otherwise I'm nothing but a target for the police. I don't trust the police. I can not afford health insurance. I don't have the money to see a therapist.

V. Relief:
State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I request that the court hold Detective Ann Guerlin, Officer Gomez and the NYPD accountable for putting me in jeopardy of 10 - 15 years in jail. They knew I wasn't responsible. They checked and confirmed my whereabouts.  They were clearly making me the fall guy.

I am looking for compensation in the amount of $4,000,000 for psychological damage, to get treatment and to leave New York City.

The basis for compensation is psychological damage, false arrest, wrongful incarceration, and malicious prosecution, intentional infliction of emotional distress, negligent infliction of emotional distress, violation of Civil Rights in accordance with 42 USC 1983.

GUIPSON NOEL

DOCKET # 2011 NY 048122

ARREST DATE : July 1, 2011

LAWYER, Public Defender : STEVEN R.
FUSFELD

212 . 226 - 5688

Fax  212 . 226 . 5811

NY Daily News 7/02/11

**Dope busted in cop gun grab by**

A DIM-WITTED thief was busted for trying to steal a gun from a uniformed cop's holster in Hell's Kitchen, sources said.

Noel Guipson, 29, bumped into the officer, who was wearing a jacket over his uniform, near Ninth Ave. about 5:45 a.m. Thursday and tried to take his gun, sources said. Guipson ran away empty-handed, but was busted yesterday in an unrelated drug case. He was soon identified as the would-be gun thief.

**Rocco Parascandola and Joe Kemp**

# Criminal Court of the City of New York

### New York County

### Felony Complaint

0938

The People of the State of New York
vs.

| DEFENDANT: | CHARGES: | DOCKET NUMBER: |
|---|---|---|
| **SEALED** pursuant to 160.50 C.P.L.  MT~~~~~  321  WEST 42 STREET  MANHATTAN NY | 60.05 | 2011NY048137 |

Interpreter: Language _____

Reporter: WALTON, SHERITA - TRLBURU50

**FELONY**

---

| Notices Served at Arraignment: | Adjournment: |
|---|---|
| ☑ CPL 190.50 - Grand Jury | Part: ___ Date: 7/7/11 |
| ☑ Cross Grand Jury | ☐ CPL 180.80/30.30 Waived |
| ☐ Waive Cross Grand Jury | |
| ☐ CPL 710.30(1) (A) - Statement  → reguest | **Bail Condition:** |
| ☐ CPL 710.30(1) (B) - Identification | 15,000 , 7,500 |
| ☐ CPL 250.20 - Alibi | (Ins. Co. Bail Bond)   (Cash Bail) |
| ☐ PL 450.10(48 hrs /15 days) - Property | ☐ Surety Exam - 48 hours/72 hours |
| | ☐ Temporary Order of Protection |
| ☐ OTHER: _____ | ☐ ART. 730 Exam Ordered |
| | ☐ Medical Attention |
| | ☐ Protective Custody |
| | ☐ Suicide Watch |
| | ☐ Psychiatric Evaluation |

---

| Arresting Officer | OFFICIAL COURT REPORTER | Date | Part |
|---|---|---|---|
| ANN GUERIN | | JUL 0 2 2011 | AR 3 |

Judge: _____

Case # 2011NY048122

(4) copy
1 of 2
Laurence
Jacobson

JUL-01-2011 23:39 MIDTOWN SQUAD P.001/001

#4

## CRIMINAL COURT OF THE CITY OF NEW YORK
## COUNTY OF NEW YORK

Page 1 of 1

| THE PEOPLE OF THE STATE OF NEW YORK | FELONY |
| -against- | ADA WALTON 347 683 7164 |
| | 212-335-9944 |

1. Noel Guipson (M 28)    ECAB #
                         1241840

Defendant.

Detective Ann Guerin, shield 01840 of the Midtown South Detective Squad, states as follows:

On June 30, 2011, at about 05:40 hours inside 680 8th Avenue in the County and State of New York, the Defendant committed the offenses of:

1.    PL110/160.05    Attempted Robbery in the Third Degree
                      (1 count)

the defendant forcibly attempted to steal property.

The offenses were committed under the following circumstances:

Deponent states that deponent is informed by Police Officer Eduardo Gomez, shield # 24236 of the Transit Boro Manhattan Task Force that while inside the above location informant felt a tug pulling at informant's firearm and then observed the defendant's hand on said firearm and when informant went to grab the defendant's hand, the defendant did flee said location.

**False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.**

DET. _____                    7/1/11   2355
Deponent                                       Date and Time

ACT 5 Version 4.3.5 Created 07/01/11 11:53 PM

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

CERTIFICATE OF DISPOSITION
NUMBER:  263421

THE PEOPLE OF THE STATE OF NEW  YORK
VS

GUIPSON,NOEL
Defendant

09/14/1982
Date of Birth

357 LAKE STREET
Address

1536316J
NYSID Number

NEWARK          NJ   7104
City          State   Zip

05/22/2010
Date of Arrest/Issue

Docket Number: 2010NY038666

Summons No:

205.30 240.20
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 03/03/2011 | DISM - SPEEDY TRIAL PROVISIONS | WHITEN,M | B |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNEI

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

BRAND,W
COURT OFFICIAL SIGNATURE AND SEAL

02/01/2012
DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
     SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

SEALED

Pursuant to Section 160.50 of the CPL

```
1   CRIMINAL COURT OF THE CITY OF NEW YORK
    COUNTY OF NEW YORK                PART F
2   - - - - - - - - - - - - - - - - - - - -x
    THE PEOPLE OF THE STATE OF NEW YORK,    :
3
        -against-                           :   Docket No.:
4                                               2011NY048137
    NOEL GUIPSON,                           :
5
                        Defendant.          :
6   - - - - - - - - - - - - - - - - - - - -x   Proceedings

7                       100 Centre Street
                        New York, New York 10013
8
                        July 15, 2011
9   B E F O R E:

10       THE HONORABLE JENNIFER SCHECTER, Judge
                            (First Call)
11
         THE HONORABLE MELISSA JACKSON, Judge
12                          (Second and Third Call)

13
    A P P E A R A N C E S:
14
    FOR THE PEOPLE:
15
         CYRUS R. VANCE, JR.
16       District Attorney New York County
         One Hogan Place
17       New York, New York 10013

18       BY:  LAUREN STABILE, ESQ.

19   FOR THE DEFENDANT:

20       LEGAL AID SOCIETY
         Attorneys for Defendant
21       49 Thomas Street
         New York, New York 10013
22
         BY:  RICHARD CHARNEY, ESQ.
23   (On First Call)

24           STEVEN FUSSFELD, ESQ.
             Assigned Counsel
25   (On Second Call)
```

*Joann Martinez, Official Court Reporter*

# Noel,Guipson, 28 y/o M, DOB 9/14/82
## MRN 4442362, visit 4442362-1
## Bellevue Hospital Center, emergency ward
## Discharge Instruction Sheet
## 7/1/11 11:58

Last edit by Popkowski,Danuta, RN on 7/1/11 12:05, complete.
(Patient Instructions)

## IMPORTANT: Please bring this form to your first appointment with your doctor.

---

## Physician Discharge Instructions by GarciaNores,Gabriela, MD (Attending Sarpel,Umut, MD) as of 7/1/11 10:20am

Discharge Date: 7/1/11

### Diagnoses and Procedures:

The principle reason(s) for your hospitalization were: stab wound

Surgery/Special Procedures: wash out and closure

### Activity and Diet:

Home Care Ordered: no home care required
Activity: no limitations

Home Diet: Regular - regular diet

### Your Medications Are:

### Home Medication List

**No Home Medications**
**none**

### Smoking Status and Additional Information:

Additional Instructions: none

Discharge Equiptment Required: none.

### Specific Appointments Requested/Arranged

| nic | Provider | Appointment | Comment |
|---|---|---|---|
| ...11 - Trauma (Surgery) | | 7/14/11 10:00am | |

## Nursing Discharge Instructions by Popkowski,Danuta, RN (questions/problems contact 2125626872) on 7/1/11 11:58am

### Medication/Diet Review:

Discharge Medication/Diet Review: Discharge medications reviewed with patient.

Understanding of Review of Discharge Medications/Diet: Patient and/or significant other expressed understanding of discharge medications.

Special Instructions: administering medication

Teaching handouts given: Alcohol: Caution: Drugs and Alcohol Don't Mix!

### Signs and Symptoms to Report:

Report the following signs and symptoms to your doctor: drainage

## Patient Discharge Instructions

If you are comming to clinic: Please bring your clinic card and your medications each time you come to clinic. If you do not have a clinic card, you can get one from the Registration area on the Ground floor.

If you are going back to a private or a managed care doctor outside of Bellevue, please call your doctor for an appointment right away.

Signature of Adult Patient: X _____ Date: 7-1-11

Signature of Health Care Agent/Legal Guardian: _____ Date:

Interpreter/Translator (To be signed by interpreter/translator if patient required such assistance): To the best of my knowledge the patient undrestood what was interpreted/translated and voluntarily signed this form.

Signature of Interpreter/Translator: _____ Date: _____

York State Unified Court System

## WebCrims

## Case Details - Charges

**CASE INFORMATION**

| | |
|---|---|
| Court: | **New York Criminal Court** |
| Case #: | **2011NY048122** |
| Defendant: | **Guipson, Noel** |

| Charge | Detail | Disposition/Sentence |
|---|---|---|
| PL 120.00 01 **\*\*TOP CHARGE\*\*** | **A Misdemeanor, 2 counts, Arrest charge, Arraignment charge** | |
| | Description: *Aslt W/int Causes Phys Injury* | |
| PL 120.00 01 | **A Misdemeanor, 2 counts, Arrest charge, Arraignment charge** | |
| | Description: *Aslt W/int Causes Phys Injury* | |
| PL 221.05 00 | **Violation, 1 count, Arrest charge, Arraignment charge** | |
| | Description: *Unlaw Poss Marihuana* | |
| | Weapon/Drug: *Marihuana* | |
| PL 120.20 00 | **A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** | |
| | Description: *Reckless Endangerment 2nd* | |
| PL 220.03 00 | **A Misdemeanor, 1 count, Not an arrest charge, Arraignment charge** | |
| | Description: *Crim Poss Contrl Subst* | |

W e b C r i m s

## Case Details - Appearances

**CASE INFORMATION**

| | |
|---|---|
| Court: | **New York Criminal Court** |
| Case #: | **2011NY048122** |
| Defendant: | **Guipson, Noel** |

| | | | | | |
|---|---|---|---|---|---|
| 03/19/2012<br>B | | PENDING | No Type | | |
| 01/26/2012<br>B | Kotler, L | PENDING | No Type | James, C | Case Continued<br>(adjourned)<br>Bail Continued |
| 11/23/2011<br>B | Whiten, M | PENDING | No Type | Johnson, S | Case Continued<br>(adjourned)<br>Bail Continued |
| 10/04/2011<br>B | Kotler, L | PENDING | No Type | Riccio, C | Case Continued<br>(adjourned)<br>Cash $1 (Cash) |
| 07/08/2011<br>B | Whiten, M | PENDING | No Type | Russo, S | Case Continued<br>(adjourned)<br>Bond $1 (Not<br>Posted) |
| 07/02/2011<br>APAR4/3 | Kotler, L | PENDING | Pre-Arraignment Deposition Given | Riccio, C | Case Continued<br>(adjourned)<br>Bond $1 (Not<br>Posted) |

PROCEEDINGS

1              COURT OFFICER:  Prison matter, calendar

2     number 4, Noel Guipson.  Defendant's produced.  Defense

3     is waiving his client's appearance.

4              MR. CHARNEY:  18B is supposed to pick up the

5     case.  This case is definitely going into the Grand

6     Jury.  I want to make sure 18B is notified to pick this

7     case up.

8              THE COURT:  Is there a conflict or

9     particular attorney taking the case?

10             MR. CHARNEY:  Not yet.  I had to get off the

11    case.  It's on today for Grand Jury action.  There is

12    definitely going to be a presentation.

13             THE COURT:  Again, I am happy to have 18B

14    appointed, but is it because there is a conflict?

15             MR. CHARNEY:  It was a personality conflict.

16    Let's call it that.

17             THE COURT:  You're looking to be relieved?

18             MR. CHARNEY:  Actually, I think I was

19    relieved already.  They're not picking up the case

20    until today.

21             THE COURT:  I do see that.  Second call for

22    18B.

23             MR. CHARNEY:  I have defense papers for the

24    lawyer.

25             THE COURT:  Okay.  As soon as we get 18B, I


*Joann Martinez, Official Court Reporter*

PROCEEDINGS

1    will take care of the matter.

2                    * * * * * * * * * * * *

3            COURT OFFICER:  Recalling calendar number 4,

4    Noel Guipson.  Prison matter.  Defendant's produced,

5    defense counsel is waiving his client's appearance.

6            MR. FUSFELD:  Steven Fusfeld, for

7    Mr. Guipson.  Your Honor, I'm waiving his appearance.

8    I believe he has been produced.  Right now the case, I

9    believe, is going into the Grand Jury this afternoon.

10   I'd ask for alternate dates at this time.

11           THE COURT:  That's fine.  And you're waiving

12   your client's appearance for the second call as well?

13           MR. FUSFELD:  I am.

14           THE COURT:  If there is affirmative Grand

15   Jury action, the matter will go to Part 51, August 4,

16   2011.  Otherwise, the case will remain in Part F and be

17   adjourned to October 11, 2011.  Second call.

18           MR. FUSFELD:  Thank you.

19           MS. STABILE:  I apologize.  What was the

20   part and the date?

21           THE COURT:  It's Part 51, August 4th, or

22   October 11, Part F.

23           MS. STABILE:  Thank you.

24                    * * * * * * * * * * * * *

25           COURT OFFICER:  Calendar 4, prison matter,

*Joann Martinez, Official Court Reporter*

PROCEEDINGS

Noel Guipson.   Alternate dates were given earlier.

THE COURT:  Case forthwith to AR3.

* * * * * * * * * * * * *

Certified to be a true and accurate transcript.

_____

Joann Martinez, Official Court Reporter

*Joann Martinez, Official Court Reporter*

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK
VS

CERTIFICATE OF DISPOSITION
NUMBER: 219295

NOEL,GUIPSON
Defendant

357 LAKE STREET
Address

NEWARK              NJ
City          State  Zip

Docket Number: 2010NY019883

265.02
Arraignment Charges

09/14/1982
Date of Birth

1536316J
NYSID Number

03/15/2010
Date of Arrest/Issue

Summons No:

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 12/02/2010 | DISMISSED - MOTION OF DA | AMAKER,T | F |

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

HAYNES,G                                    12/03/2010          FEE: NONE
COURT OFFICIAL SIGNATURE AND SEAL            DATE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
        SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)



Pursuant to Section 160.50 of the CPL.

```
 1    CRIMINAL COURT OF THE CITY OF NEW YORK
      COUNTY OF NEW YORK:    PART  AR-3
 2    ----------------------------------------X

 3    THE PEOPLE OF THE STATE OF NEW YORK      :   DOCKET NO.

 4                                             :

 5              -against-                      :  2011NY048137

 6    NOEL GUIPSON,                            :
                             Defendant.
 7    ----------------------------------------X
                             100 Centre Street
 8                           New York, N.Y. 10013
                             July 15, 2011
 9

10    B E F O R E:

11        HONORABLE ABRAHAM CLOTT, Judge.

12

13    A P P E A R A N C E S:

14    FOR THE PEOPLE:
          CYRUS R. VANCE JR., ESQ.
15        DISTRICT ATTORNEY
          NEW YORK COUNTY
16
      BY: COLLEEN THOMPKINS, ESQ.
17

18

19

20

21

22

23

24                          ALEXANDER BENT
25                       OFFICIAL COURT REPORTER
```

P R O C E E D I N G S

1           COURT OFFICER:  Forthwith, 2011NY048137,

2    Noel Guipson.

3           People.

4           MS. TOMPKINS:  There is no affirmative action.

5           THE COURT:  This is also a Legal Aid case.

6    I'm sorry?

7           MS. TOMPKINS:  There is no affirmative action;

8    however, the People intend to present.  The defendant

9    should be released.  He has $1 bail on his misdemeanor, and

10   we request a new Part F date for grand jury action.

11          THE COURT:  I'm sorry, he's being held on $1 bail

12   on the misdemeanor?

13          MS. TOMPKINS:  Yes.

14          THE COURT:  The defendant is released pursuant to

15   section 180.80, and Part F, October 11th.

16

17                    *  *  *  *  *

18

19      I, Alexander Bent, hereby certify that the above is a true

20   and accurate copy of my stenographic notes.

21

22   _____

23          Alexander Bent
            Official Court Reporter

24

25

1

1   CRIMINAL COURT OF THE CITY OF NEW YORK

2   COUNTY OF NEW YORK

3   PART F

4   ----------------------------------------X

5   THE PEOPLE OF THE STATE OF NEW YORK

6

7                    - against-
                                        Docket No.:
8                                        2011NY048137
    NOEL GUIPSON
9                              Defendant.
    ----------------------------------------X
10  100 Centre Street
    New York, New York 10013
11  October 11, 2011

12
    B E F O R E:
13  HONORABLE JOANNE QUINONES, Judge

14  A P P E A R A N C E S:
        FOR THE PEOPLE
15          CYRUS R. VANCE, JR. ESQ.
            District Attorney, New York County
16          One Hogan Place
            New York, New York 10013
17          BY: STEVEN CONSTANTINER, ESQ.

18

19          FOR THE DEFENDANT
            LAW OFFICE OF STEVEN FUSFELD
20          401 Broadway
            New York, New York 10013
21

22

23                      CAROL H. JAMES
                    Official Court Reporter
24

25

1        COURT OFFICER: Calendar number 15, Noel Guipson.

2        THE COURT:  People, has there been any grand jury

3    action.

4        MR. CONSTANTINER: No, Your Honor.

5        THE COURT: Sir, you must return to court

6    December 21st.

7        THE DEFENDANT: All right.

8        THE COURT: Part F. If you do not appear a warrant

9    will be issued for your arrest.

10       THE DEFENDANT:  Why?  I thought the case was

11   dismissed in the grand jury.

12       THE COURT: People any information.

13       MR. CONSTANTINER: I didn't hear that.

14       THE COURT: Has this case been to the grand jury?

15       MR. CONSTANTINER: It does appears there was a vote

16   of no affirmative grand jury action.  The People intend to

17   represent.  That was the note from July 15, 2011. I don't

18   know, it doesn't appear they presented.

19       THE COURT: Sir, as I indicated this case is not

20   over.

21       MR. FUSFELD: Good morning, Judge.  Steven Fusfeld,

22   F-U-S-F-E-L-D, 401 Broadway.

23       THE COURT: As I understand it this matter was

24   presented to the grand jury.  There was no affirmative action

25   but, the People will present other charges.

3

1                    MR. FUSFELD: That is my understanding.

2                    THE COURT: You must return to court

3       December 21 2011, Part F. That will be for grand jury

4       action.   Parole is continued.

5                    MR. FUSFELD: Thank you. We are affirming cross

6       grand jury notice is in effect.

7                    THE COURT: Cross is still in effect.

8

9              **                    **                    **

10

11                   I, Carol H. James, hereby certify that the above is

12      a true and accurate copy of my stenographic notes.

13

14

15

16                        CAROL H. JAMES
                          Official Court Reporter

17

18

19

20

21

22

23

24

25

1    CRIMINAL COURT OF THE CITY OF NEW YORK

2    COUNTY OF NEW YORK     :        PART 2F

3    - - - - - - - - - - - - - - - - - - -X

4    THE PEOPLE OF THE STATE OF NEW YORK        DOCKET NUMBER
                                                2011NY048137
5             -against-

6    NOEL GUIPSON,

7                              Defendant.

8    - - - - - - - - - - - - - - - - - - -X

9                            100 Centre Street
                             New York, New York
10                           January 31, 2012

11   B E F O R E:

12            THE HONORABLE ALEXANDER TISCH,

13                                   Criminal Court Judge

14   A P P E A R A N C E S:

15       FOR THE PEOPLE:
                 OFFICE OF THE DISTRICT ATTORNEY
16               One Hogan Place
                 New York, New York
17               BY:  KEVIN ROONEY
                     Assistant District Attorney
18
         FOR THE DEFENDANT:
19           (No Appearance)

20

21                           CAROLE D. GRAHAM
22                       OFFICIAL COURT REPORTER

23

24

25

2

PROCEEDINGS

1            COURT OFFICER:  From the 2F calendar, number 1,

2      Noel Guipson, number 3, sealed case, number 4, sealed case,

3      number 5, sealed case.

4            If I called your name, remain seated.

5            THE COURT:  The People concede 30.30 on these

6      cases?

7            MR. ROONEY:  Yes, Your Honor.

8            THE COURT:  Dismissed and sealed on the People's

9      motion.

10            COURT OFFICER:  If I just called your name, your

11      case is over.  You may leave.

12   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

13   CERTIFIED TO BE A TRUE

14   AND ACCURATE TRANSCRIPT

15   OF THE ABOVE PROCEEDINGS

16

17            _____

18                 CAROLE D. GRAHAM

19                 OFFICIAL COURT REPORTER

20

21

22

23

24

25

```
 1   CRIMINAL COURT OF THE CITY OF NEW YORK

 2   COUNTY OF NEW YORK    :      PART 2F

 3   - - - - - - - - - - - - - - - - - - -X

 4   THE PEOPLE OF THE STATE OF NEW YORK      DOCKET NUMBER
                                              2011NY048137
 5            -against-

 6   NOEL GUIPSON,

 7                           Defendant.

 8   - - - - - - - - - - - - - - - - - - -X

 9                           100 Centre Street
                             New York, New York
10                           January 31, 2012

11   B E F O R E:

12          THE HONORABLE ALEXANDER TISCH,

13                              Criminal Court Judge

14   A P P E A R A N C E S:

15       FOR THE PEOPLE:
              OFFICE OF THE DISTRICT ATTORNEY
16            One Hogan Place
              New York, New York
17            BY:  KEVIN ROONEY
                 Assistant District Attorney
18
         FOR THE DEFENDANT:
19            (No Appearance)

20

21
                             CAROLE D. GRAHAM
22                      OFFICIAL COURT REPORTER

23

24

25
```

PROCEEDINGS

1                COURT OFFICER:  From the 2F calendar, number 1,

2       Noel Guipson, number 3, sealed case, number 4, sealed case,

3       number 5, sealed case.

4            If I called your name, remain seated.

5                THE COURT:  The People concede 30.30 on these

6       cases?

7                MR. ROONEY:  Yes, Your Honor.

8                THE COURT:  Dismissed and sealed on the People's

9       motion.

10                COURT OFFICER:  If I just called your name, your

11       case is over.  You may leave.

12       *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

13       CERTIFIED TO BE A TRUE

14       AND ACCURATE TRANSCRIPT

15       OF THE ABOVE PROCEEDINGS

16

17            _____  Carole D. Graham

18                CAROLE D. GRAHAM

19                OFFICIAL COURT REPORTER

20

21

22

23

24

25



COUNTY OF NEW YORK
ONE HOGAN PLACE
New York, N. Y. 10013
(212) 335-9000

CYRUS R. VANCE, JR.
DISTRICT ATTORNEY

July 7, 2011

To Counsel for Noel Guipson

Re: People v. NOEL GUIPSON
Docket No. 2011NY048122

To Whom It May Concern:

I am the Assistant District Attorney in charge of the prosecution of the above referenced case. Below, please find notice pursuant to Criminal Procedure Law 710.30(1)(A) of Statements made by the above named defendant to a law enforcement officer.

On 7/1/11 at approximately 3:59 AM, inside the subway station at 25th and 8th Avenue, the defendant stated in substance to Police Officer Noriega: I GOT CUT WITH GLASSS. WHY ARE YOU GUYS TRYING TO ARREST ME?

On 7/1/11 at approximately 1:30PM, inside central booking at approximately 2:20PM, the defendant stated in substance to Police Officer Noriega: THE DRUGS ARE FOR PERSONAL USE. PEOPLE ARE ALWAYS ACCUSING ME OF THINGS. LIKE TRYING TO TAKE A COP'S GUN. D pauses then states in substance: OH, I'M TALKING ABOUT SOMETHING THAT HAPPENED A FEW YEARS AGO.

If you have any questions, please feel free to contact me at 212 335-9944.

Sincerely,

Sherita Walton
Assistant District Attorney
212 335-9944

**LAURENCE E. JACOBSON, P.C.**
Attorney at Law
401 Broadway - Suite 810
New York, New York 10013
(212) 966-1435
(212) 966-1801

February 8, 2012

Mr. Guipson Noel
321 West 42nd Street
New York, New York 10036

                         Re:      1.  Malicious Pros Docket #2011NY048137
                                      Arrest - 6/30/11
Dear Mr. Noel:                      2.  Arrest - 1/11/12

     After reviewing your case involving your arrest on 6/30/11, I feel that there is a serious question of whether you could succeed in an action for malicious prosecution since you would have to prove that the police officer acted with malice. Even if you did prove your case, I believe that you would not be entitled to substantial damages and you must certainly would be disappointed with the result.  I therefore decline to represent you in this case.

     **If you wish to proceed with a malicious prosecution case, a notice of claim for Malicious Prosecution MUST be filed within 90 days of the dismissal of the action on 2/1/12 with the Comptroller of the City of New York or it will be time barred.**

     With reference to your arrest on 1/11/12 inside 125 Riverside Drive, while I feel that the police officers used excessive force in your arrest, I think that there is a serious question of false arrest and wrongful imprisonment since you ran from the police and I feel the police lieutenant had the right to stop and ask you some questions. I therefore decline to represent you in this case.

     **With reference to your arrest of 1/11/12 a Notice of Claim MUST be served within 90 day of 1/11/12 on the Office of the Comptroller of the City of New York at Municipal Bldg. No. 1 Centre Street, New York, NY or it will be time barred.**

     I am returning to you all of the papers that you gave me, including the color photos of you, your friend and the apartment and notices of claim which have to be filled out.

     I suggest that you call the Legal Referral Service at Tel #(212) 626-7373 for a referral to another attorney.

     I am sorry that I cannot help you in this matter and I wish you the best of luck.

Very truly yours,

LAURENCE E. JACOBSON

LEJ:mn
encl.    **BY HAND**